# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RONNIE D. WATSON, JR.<br>  Plaintiff<br><br>v.<br><br>SYNCHRONY BANK<br>  Defendant. | Case No. 1:23-cv-01988-TWP-MJD<br><br>Judge Tanya Walton Pratt<br>Magistrate Judge Mark J. Dinsmore |

## ORDER GRANTING STIPULATION OF DISMISSAL OF SYNCHRONY BANK, WITH PREJUDICE

This matter came before the Court on Plaintiff RONNIE D. WATSON, JR. ("Plaintiff") and Defendant SYNCHRONY BANK's Stipulation of Dismissal,

And the Court, being duly advised in the premises now finds that said Stipulation should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and cause of action should be dismissed with prejudice as to Defendant, SYNCHRONY BANK. The Clerk of Court is directed to dismiss SYNCHRONY BANK from this matter and close this case.

**IT IS SO ORDERED**.

Date: 7/31/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF